UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DORIAN TREVOR SYKES,**<br><br>Plaintiff,<br><br>v.<br><br>**TIM DONNELLON, A. MILLER,** and **CORIZON HEALTH CORPORATION,**<br><br>Defendants. | 2:20-CV-10689-TGB-KGA<br><br>HON. TERRENCE G. BERG<br>HON. KIMBERLY G. ALTMAN<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 31)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's January 20, 2021 Report and Recommendation (ECF No. 50) recommending that Defendants' Motion to Dismiss (ECF No. 31) be **DENIED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1).  The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*.  Where, as here, neither party objects to the report, the district court is not obligated to independently review the record.  *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  The Court will

therefore accept the Magistrate's Report and Recommendation of January 20, 2021 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation of January 20, 2021 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 31) be **DENIED**.

**SO ORDERED.**

Dated: February 23, 2021     s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE