UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DORIAN TREVOR SYKES,**<br><br>Plaintiff,<br><br>v.<br><br>**TIM DONNELLON, A. MILLER,** and **CORIZON HEALTH CORPORATION,**<br><br>Defendants. | 2:20-CV-10689-TGB-KGA<br><br>HON. TERRENCE G. BERG<br>HON. KIMBERLY G. ALTMAN<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 65)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's February 23, 2021 Report and Recommendation (ECF No. 65) recommending that Defendant's Motion to Dismiss (ECF No. 24) be **GRANTED**, Plaintiff's Motion for Clarification on *Monell* Claims (ECF No. 47) be **DENIED**, and Plaintiff's Motion for Leave to Amend (ECF No. 51) be **DENIED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to

the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of January 20, 2021 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation of February 23, 2021 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 24) be **GRANTED**, and that Plaintiff's Motions for Clarification on *Monell* Claims and Leave to Amend (ECF No. 47, 51) be **DENIED**.

**SO ORDERED.**

Dated: March 19, 2021       s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE