UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DORIAN TREVOR SYKES,** | 2:20-cv-10689-TGB-KGA |
| Plaintiff, | HON. TERRENCE G. BERG |
| v. | HON. KIMBERLY G. ALTMAN |
| **TIM DONNELLON, A. MILLER, AND CORIZON HEALTH CORPORATION.,** | |
| Defendants. | |

## <u>JUDGMENT</u>

In accordance with the Opinion and Order issued on this date, striking Plaintiff's objections and **ACCEPTING AND ADOPTING** Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 100), it is **ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (ECF No. 73) is **DENIED**. Plaintiff's claims against Defendants Donnellon and Miller are **DISMISSED** *sua sponte*. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: October 29, 2021

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE